FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

SEP 1 0 2009

JAMES N. HATTEN, Clerk
By /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re KEVIN B. JONES,
Plaintiff.

CIVIL ACTION NOS.
1:09-CV-2409-TWT
1:09-CV-2411-TWT
1:09-CV-2412-TWT
1:09-CV-2413-TWT

## ORDER AND OPINION

Plaintiff, Kevin B. Jones, currently confined at the Fulton County Jail in Atlanta, Georgia, has submitted a series of "complaints" that have been docketed as 42 U.S.C. § 1983 actions.

Plaintiff's "complaints" are deficient in several respects. First, Plaintiff has failed either to submit the required $350.00 filing fee for each complaint or to provide this Court with a completed financial affidavit seeking leave to proceed in forma pauperis in each complaint. Furthermore, each of Plaintiff's "complaints" contain writings that appear on both sides of the page, in violation of Local Rule 5.1(A)(1). Finally, Plaintiff cryptically names the "U.S.A." as the primary defendant in three of his complaints and fails to name as a defendant any individuals who may have been directly responsible for his injuries.

AO 72A
(Rev.8/82)

Accordingly, **IT IS HEREBY ORDERED** that each of Plaintiff's "complaints" are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to proceed in forma pauperis in each case for the sole purpose of dismissal.

The Clerk of this Court is **DIRECTED** to forward Plaintiff four § 1983 forms and four financial affidavit forms. Should Plaintiff seek to re-file his "complaints," he is directed to: (1) complete one enclosed § 1983 form for each separate complaint; and (2) either pay the required filing fee for each completed § 1983 form or seek leave to proceed in forma pauperis for each completed § 1983 form by completing a financial affidavit form. In completing a § 1983 form, Plaintiff should clearly designate a defendant or defendants, provide this Court with only factual allegations concerning events in which Plaintiff suffered some injury, clearly identify each individual responsible for that injury, omit any legal argument or conclusion, state the relief sought, and write on only one side of the paper.

**IT IS SO ORDERED**, this ___16___ day of ___September___, 2009.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2